**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KEVIN MCGURN,<br><br>                                    *Plaintiff*,<br><br>                        *v.*<br><br>TRILLER GROUP INC. and<br>WING-FAI NG,<br><br>                                    *Defendants*. | Civ. Action No.:  25-cv-5526 (PAE) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR <u>ALTERNATIVE</u>**
**<u>SERVICE PURSUANT TO FED. R. CIV. P. 4(f)(3)</u>**

Upon consideration of Plaintiff Kevin McGurn's Motion for Alternative Service on

Defendant Wing-Fai Ng ("Defendant Ng"), pursuant to Fed. R. Civ. P. 4(f)(3), the Court finds as

follows:

1.      Plaintiff's Motion for Alternative Service on Defendant Ng is granted;

2.      Plaintiff has exhausted all efforts to identify a home address for Defendant Ng;

3.      Service via electronic mail and WhatsApp are generally accepted methods of

alternative service, and both methods are reasonably likely to reach Defendant Ng;

4.      Plaintiff may therefore serve Defendant Ng via WhatsApp and electronic mail,

which service will be deemed sufficient under Fed. R. Civ. P. 4(f)(3); and

5.      Plaintiff shall file proof of electronic service of the Complaint (ECF No. 10) and

Summons (ECF No. 6) in this matter upon Defendant Ng, after which Defendant Ng shall have

21 days to respond.

Dated:  December 23, 2025
        New York, New York

_____
Hon. Paul A. Engelmayer
United States District Judge