UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KEVIN MCGURN,<br><br>*Plaintiff,*<br><br>v.<br><br>TRILLER GROUP INC. and<br>WING-FAI NG,<br><br>*Defendants.* | Civ. Action No.:  25-cv-5526 (PAE) |

**ORDER GRANTING PLAINTIFF KEVIN MCGURN'S**
**MOTION FOR PARTIAL DEFAULT JUDGMENT AGAINST DEFENDANT TRILLER**

This matter having been commenced on July 3, 2025, by the filing of a Summons and Complaint, the Court finds as follows:

1.      Defendant Triller Group Inc. ("Defendant Triller") was served via Robin Hutt-Banks, Managing Agent of The Corporation Trust Company, the Delaware registered agent authorized to accept service on behalf of Defendant Triller, on July 22, 2025.

2.      Defendant Triller's Answer to the Complaint, or other responsive pleading, was due on or before August 12, 2025.

3.      Defendant Triller failed to Answer or otherwise respond to the Complaint.

4.      Plaintiff requested a Certificate of Default from the Clerk of this Court on September 2, 2025, which was issued that same day.  ECF Nos. 23–25.

5.      Upon letter-motion by Plaintiff, this Court deemed service on Defendant Triller effective on October 1, 2025, and granted Defendant Triller until October 27, 2025, to respond. ECF Nos. 28, 29.

6. Plaintiff requested a Certificate of Default from the Clerk of this Court on November 20, 2025, which was issued on November 24, 2025. ECF Nos. 35–38.

7. Defendant Triller is a corporation and is not a minor, is not incompetent, and is not a member of the United States military. Kumin Decl. ¶ 4.

8. On December 17, 2025, Plaintiff moved for Partial Default Judgment on Counts I and II of the Complaint against Defendant Triller, supported by the Declarations of Avi Kumin and Kevin McGurn and exhibits thereto.

9. Contained in the Complaint and the Declarations of Avi Kumin and Kevin McGurn are well-pleaded allegations supporting Plaintiff's Motion for Partial Default Judgment on its breach of contract claim and breach of the implied covenant of good faith and fair dealing claim against Defendant Triller.

10. The employment agreement Plaintiff entered into with Defendant Triller on September 23, 2024 (the "Agreement"), as well as evidence provided in the Declarations and the attached exhibits, supports a finding of damages against Defendant Triller in an amount to be determined.

11. The Agreement, as well as evidence provided in the Declarations of Avi Kumin and Kevin McGurn, also supports a finding that Plaintiff is entitled to his attorneys' fees and costs incurred in conjunction with this action and the underlying dispute.

**THEREFORE**, it is ORDERED, ADJUDGED, and DECREED: that the Court enter judgment against Defendant Triller:

i. For liability as to Count I and Count II in the Complaint;

ii. For damages in an amount to be determined;

iii.    For attorneys' fees in an amount to be determined; and

iv.    For costs in an amount to be determined.

Dated:           _____May 29__, 2026
                 New York, New York

                                   _____
                                   Hon. Paul A. Engelmayer
                                   United States District Judge