UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN MCGURN,

                                    Plaintiff,

        -v-

TRILLER GROUP INC. *and* WING-FAI NG,

                                    Defendants.

25 Civ. 5526 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

On July 3, 2025, plaintiff Kevin McGurn filed the Complaint in this case. Dkt. 1. On July 22, 2025, McGurn served defendant Triller Group Inc. ("Triller") with process. Dkt. 12. On September 2, 2025, McGurn obtained a certificate of default as to Triller. Dkt. 26. On December 17, 2025, McGurn moved for default judgment as to Triller as to Counts I and II of the Complaint. Dkts. 39–43. On December 23, 2025, the Court ordered Triller to show cause why default judgment was not warranted. Dkt. 51.

On December 29, 2025, McGurn served defendant Wing-Fai Ng ("Ng") with process. Dkt. 53. On January 28, 2026, McGurn obtained a certificate of default as to Ng. Dkt. 61. On February 20, 2026, McGurn moved for default judgment as to Triller and Ng as to Counts III and IV of the Complaint. Dkts. 63–67. On March 3, 2026, the Court ordered Triller and Ng to show cause why default judgment was not warranted. Dkt. 69.

To date, no defendant has responded to the Complaint or otherwise appeared in this action. The Court therefore considers McGurn's motions unopposed. The Court has reviewed the motions, and supporting affidavits and submissions, pursuant to Federal Rule of Civil Procedure 55(b). Because proof of service has been filed as to defendants, no defendant has

1

answered the Complaint, the time for answering has expired, and defendants have failed to appear to contest the entry of a default judgment, the Court enters a default judgment against Triller as to Counts I and II of the Complaint, and against Triller and Ng as to Counts III and IV of the Complaint.

By separate order, the Court refers this case to a United States Magistrate Judge for an inquest into damages as to both judgments. McGurn shall serve this Order upon all defendants and file an affidavit reflecting such service on the docket by **June 18, 2026**. By the same date, counsel for McGurn is directed to file an affidavit as to attorneys' fees. Such affidavit should state with specificity, *inter alia*, (1) the amount of time spent on the case, and (2) counsel's rate in similar cases.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated:   May 29, 2026
New York, New York

2