Avi L. Kumin, Partner
Matthew B. LaGarde, Partner
Phone: 202-299-1140
Email:  kumin@katzbanks.com
          lagarde@katzbanks.com

By Electronic Case Filing
June 15, 2026

Honorable Paul A. Engelmayer
United States District Court
  for the Southern District of New York
40 Foley Square
New York, NY 10007

Honorable Barbara Moses
United States District Court
  for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:    Kevin McGurn v. Triller Group Inc., et al., Case No. 25-cv-05526-PAE

Dear Judges Engelmayer and Moses:

We write pursuant to Rule 1(E) of Judge Engelmayer's Individual Rules and Practices in Civil Cases and Rule 2(a) of Judge Moses's Individual Practices to respectfully request an extension of time for filing an affidavit as to attorneys' fees on behalf of Plaintiff Kevin McGurn. This is Plaintiff's first request for an extension of time.  Pursuant to the Court's Order, Plaintiff was directed to file his affidavit as to attorneys' fees on or before June 18, 2026.  *See* ECF No. 74.  We ask that the Court grant Plaintiff two additional weeks, i.e., through July 2, 2026, to file his fee affidavit.  Counsel for Plaintiff seeks this extension to accommodate other litigation demands and time lost due to a recent firmwide retreat.

We have not sought consent from Defendants due to their ongoing unresponsiveness to our communications.  As Defendants have not yet entered an appearance or otherwise acknowledged the existence of this lawsuit, they will not be prejudiced by this brief extension.

We thank the Court for considering this request.

Dated: June 15, 2026                      Respectfully submitted,

                                          **KATZ BANKS KUMIN LLP**

                                          /s/_____
                                          Avi L. Kumin (admitted *pro hac vice*)
                                          Matthew B. LaGarde (admitted *pro hac vice*)

Katz Banks Kumin LLP
11 Dupont Circle, NW, Suite 600
Phone: (202) 299-1140
Email: kumin@katzbanks.com
        lagarde@katzbanks.com

Elena R. Anderson
Katz Banks Kumin LLP
111 Broadway, Suite 1403
Phone: (646) 759-4501
Email: anderson@katzbanks.com

GRANTED.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date:  June 17, 2026
New York, New York